**KING AND PETRACCA**
51 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
(973) 998-6860
Attorneys for Defendants, James Hagner and Nicole Hagner

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RD LEGAL FUNDING PARTNERS, LP, <br><br> Plaintiff(s), <br><br> vs. <br><br> JAMES HAGNER, NICOLE HAGNER, WORBY GRONER EDELMAN and NAPOLI BERN, LLP; NAPOLI BERN RIPKA SHKOLNIK, LLP; WORBY GRONER EDELMAN, LLP; the JAMES HAGNER IRREVOCABLE DESCENDANTS' TRUST, JEFFREY A. DURNEY (in his capacity as Trustee of the James Hagner Irrevocable Descendants' Trust), the ABC TRUST(S), JOHN DOE I-X; JOHN DOE XI-XX <br><br> Defendant(s). | Civil Action No.:  2:12-cv-6503 <br><br> <u>Civil Action</u> <br><br> **NOTICE OF APPEARANCE** |

TO: The Clerk of the Court and all parties of record

The undersigned attorney is admitted to practice in this Court and enters an appearance in this case as counsel for the following parties:

JAMES HAGNER

NICOLE HAGNER

**PLEASE TAKE NOTICE** that the parties above do not intend this Notice of Appearance to waive any rights to contest personal jurisdiction and their rights under Rule 12 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance does not constitute an agreement to accept service of initial process under Rule 4 of the Federal Rules of Civil Procedure, nor shall it result in the undersigned counsel being deemed to be the agent of the above referenced parties for such purpose.

**KING AND PETRACCA**

Matthew R. Petracca, Esq.

Dated: July 31, 2013